IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HARRIS, | ) | |
| (Jermaine Harris), | ) | No. 07 C 6921 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Grady |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICER S.G. | ) | |
| AUSTIN, Star No. 18460, and CHICAGO | ) | |
| POLICE OFFICER A.R. RANDOLPH, | ) | |
| Star No. 6577, | ) | |
| Defendants. | ) | |

**DEFENDANT, CITY OF CHICAGO'S, MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
TO PLAINTIFF'S COMPLAINT**

Defendant, the City of Chicago ("City"), by its attorney of record, moves this Court for an extension of time, until February 27, 2008, to answer or otherwise plead to Plaintiff's Complaint, and in support of this motion states:

1. Defendant's Answer or other responsive pleading was due January 3, 2008.

2. On January 22, 2008, the undersigned was assigned to this case and filed her appearance on behalf of the City.

3. Defendant City's counsel requests additional time to conduct investigation and review materials pertinent to the allegations in this case so that it may properly answer or otherwise plead.

4. This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Upon information and belief, such a request will not prejudice any party nor unduly delay the resolution of the disputed issues.

5. Plaintiff's counsel does not object to the City's request for an extension of time.

**WHEREFORE,** Defendant, City of Chicago, respectfully asks this court for an extension of time until February 27, 2008, to file its Answer or to otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

MARA S. GEORGES
CORPORATION COUNSEL

BY:  /s/ Meghan K. Kennedy
     Assistant Corporation Counsel

30 North LaSalle Street - Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230