IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HARRIS, | ) | |
| (Jermaine Harris), | ) | No. 07 C 6921 |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Grady |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | Magistrate Judge Valdez |
| CHICAGO POLICE OFFICER S.G. | ) | |
| AUSTIN, Star No. 18460, and CHICAGO | ) | |
| POLICE OFFICER A.R. RANDOLPH, | ) | |
| Star No. 6577, | ) | |
|         Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To:   Jeffrey Brooks Granich
Law Office of Jeffrey Granich
53 West Jackson Blvd., Suite 840
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on January 22, 2008, Defendant, City of Chicago, filed its **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Grady, or before such other judge sitting in his place, on the 30th day of January, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 22nd day of January, 2008.

/s/ Meghan K. Kennedy
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1020
Chicago, Illinois 60602
312.744.9653
Atty. No. 6283230