UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS HARRIS (Jermaine Harris), ) | |
| ) | No. 07 C 6921 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Judge Grady |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | |
| S.G. AUSTIN, Star No. 18460, and ) | |
| CHICAGO POLICE OFFICER ) | |
| A.R. RANDOLPH, Star No. 6577, ) | |
| ) | |
| Defendants. ) | |

**INDIVIDUAL DEFENDANTS' AGREED MOTION TO EXTEND TIME
TO FILE HIS ANSWER OR OTHERWISE PLEAD**

Defendants S.G. Austin and A.R. Randolph (collectively referred to herein as "Individual Defendants"), by one of his attorney's, Shneur Z. Nathan, respectfully requests that this Honorable Court extend the time for them to answer or otherwise plead to Plaintiffs' Complaint. In support of this motion, Individual Defendants states as follows:

1. This lawsuit was filed on December 7, 2007.

2. Individual Defendants were served on January 8, 2007

3. Counsel has recently learned of this lawsuit and has not yet had an opportunity to meet with Individual Defendants concerning the allegations of the Complaint.

4. Counsel seeks an extension of time to answer or otherwise plead in order to meet with Individual Defendants prior to preparing a responsive pleading on their behalf.

5. This motion is not made for the purposes of undue delay, but to allow Individual Defendants adequate time to meet with their attorneys and properly prepare their defense. No prejudice will result with the Court's granting of this motion.

WHEREFORE, Defendant Johnson respectfully requests this Court extend the time for him to answer or otherwise plead to Plaintiffs' Complaint until February 29, 2008.

Respectfully submitted,

/s/ *Shneur Z. Nathan*
Shneur Z. Nathan
Counsel for Individual Defendants
30 North LaSalle, Suite 1400
Chicago, Illinois 60602
312-742-1842
ARDC No. 6294495

## CERTIFICATE OF SERVICE

I, Shneur Z. Nathan, an attorney, hereby certify that on January 24, 2008, I caused Individual Defendants' Agreed Motion to Extend Time to File Answer or Otherwise Plead to be served upon all counsel of record by filing the same before the Court via the ECF system.

/s/ *Shneur Z. Nathan*
Shneur Z. Nathan