UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HARRIS (Jermaine Harris), | ) | |
| | ) | No. 07 C 6921 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Grady |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| S.G. AUSTIN, Star No. 18460, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| A.R. RANDOLPH, Star No. 6577, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**

| | |
|---|---|
| Jeffery B. Granich | Meghan K. Kennedy |
| Katie Ehrmin | Deja C. Nave |
| Law Offices of Jeffery B. Granich | 30 N. LaSalle Street |
| 53 W. Jackson Blvd., Suite 840 | Chicago, Illinois 60602 |
| Chicago, Illinois 60604 | |
| 312-939-9009 | |

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Individual Defendants' Agreed Motion to Extend Time to File Answer or Otherwise Plead.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Grady or before such other Judge sitting in his place or stead, on the 30th day of January 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the above referenced Motion.

**DATED** at Chicago, Illinois January 24, 2008

Respectfully submitted,

30 North LaSalle St., Suite 1400
Chicago, Illinois 60602                                  /s/ Shneur Z. Nathan
30 North LaSalle Street                                  SHNEUR Z. NATHAN
(312) 742-1842                                           Counsel for Individual Defendants
Atty. No. 6294495