# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Thomas Harris

                                      Plaintiff,

v.                                                              Case No.: 1:07–cv–06921
                                                                  Honorable John F. Grady

City of Chicago, Illinois, et al.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge John F. Grady :Motion for extension of time to answer [13] is granted. Motion for extension of time to answer [16] is granted. Hearing on said motions set for 1/30/08 stricken. All defendants to answer the complaint by 2/29/08.Status hearing set for 3/19/2008 at 11:00 AM.Mailed notice(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.