**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6921 |
| Harris,<br>    Plaintiff, | Honorable Judge Dow |
| v. | |
| City of Chicago, et al.,<br>    Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S. Austin, Defendant, and A. Randolph, Defendant.

| | |
|---|---|
| NAME (Type or print)<br>Matthew R. Hader | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Matthew R. Hader | |
| FIRM<br>City of Chicago, Corporation Counsel's Office | |
| STREET ADDRESS<br>30 North LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284330 | TELEPHONE NUMBER<br>312.742.9586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |