UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS HARRIS, <br> (Jermaine Harris), <br> <br> Plaintiff, <br> <br> vs. <br> <br> CITY OF CHICAGO, ILLINOIS, and <br> CHICAGO POLICE OFFICER <br> S. G. AUSTIN, Star No. 18460, and <br> CHICAGO POLICE OFFICER <br> A. R. RANDOLPH, Star No. 6577, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 07 C 6921 <br> <br> <br> Judge Dow <br> <br> Magistrate Judge Valdez <br> <br> JURY TRIAL DEMANDED |

Notice of Filing

To:

Jeffery B. Granich
Law Offices of Jeffery B. Granich
53 West Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009

PLEASE TAKE NOTICE that on February 19, 2008, Individual Defendants have filed their **Answer, Affirmative Defenses, and Jury Demand to Plaintiff's Complaint** with the United States District Court for the Northern District of Illinois, Eastern Division through its electronic filing system. A copy of that document is herewith served upon you.

Respectfully submitted,

/s/ Shneur Z. Nathan
SHNEUR Z. NATHAN
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-1842
(312) 744-6566 (Fax)
Atty. No. 6294495