UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS HARRIS,<br>(Jermaine Harris),<br><br>            Plaintiff,<br>    vs.<br><br>CITY OF CHICAGO, ILLINOIS, and<br>CHICAGO POLICE OFFICER<br>S. G. AUSTIN, Star No. 18460, and<br>CHICAGO POLICE OFFICER<br>A. R. RANDOLPH, Star No. 6577,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07 C 6921<br><br>Judge Dow<br><br>Magistrate Judge Valdez<br><br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on this 29th day of February, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S ANSWER, DEFENSES AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is hereby served upon you.

                                    Respectfully submitted,

                                    MARA S. GEORGES
                                    Corporation Counsel
                                    for the City of Chicago

                            By:     /s/ Meghan Kennedy
                                    MEGHAN KENNEDY
                                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 744-9653

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused the Defendant City of Chicago's Answer, Defenses and Jury Demand to Plaintiff's Complaint to be served electronically upon all represented parties via the CM/ECF filing system this 29th Day of February, 2008.

                                    /s/ Meghan Kennedy