IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS HARRIS,<br>(Jermaine Harris)<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER S. G. AUSTIN, Star No. 18460, and CHICAGO POLICE OFFICER A. R. RANDOLPH, Star No. 6577,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)   No.07 C 6921<br>)<br>)   Judge Dow<br>)<br>)   Magistrate Judge Valdez<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffery B. Granich
Attorney for plaintiff,
Thomas Harris
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
Date: 5/6/08

_____
Shneur Nathan
Assistant Corporation Counsel
Attorney for defendants,
Stephen Austin and Andria Randolph
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-1842
Attorney No. 06294495
DATE: 5/12/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Dave Nave
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6951
Attorney No. 6275583
DATE: 5/9/08

BY: _____
Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. _____
DATE: _____