Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6921 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Harris vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

ENTER AGREED ORDER OF DISMISSAL: All of the claims of Plaintiff against Defendants are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|