

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| THOMAS HARRIS,<br>(Jermaine Harris)<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER S. G. AUSTIN, Star No. 18460, and CHICAGO POLICE OFFICER A. R. RANDOLPH, Star No. 6577,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07 C 6921<br><br>Judge Dow<br><br>Magistrate Judge Valdez<br><br>JURY TRIAL DEMANDED |
|---|---|---|

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Thomas (Jermaine/Jamaal) Harris, by one of his attorneys, Jeffrey B. Granich, and defendants, Stephen Austin and Andria Randolph, by one of their attorneys, Shneur Nathan, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Thomas Harris, against defendants, City of Chicago, Stephen Austin and Andria Randolph, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: /s/ Robert Dow
The Honorable Robert Dow, Jr.
United States District Judge

DATED: May 15, 2008